
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                          CRIMINAL NO. 1:19-CR-103
                                            18 USC § 875
CHASE A. DAVIS

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 22, 2019, in the Northern District of Mississippi and elsewhere, CHASE A. DAVIS, defendant, did knowingly and willfully transmit in interstate commerce from Pompano Beach, Florida, to Tupelo, Mississippi, by a Facebook posting, to the American Family Association, a communication which contained a threat to injure employees of the American Family Association, that is, CHASE A. DAVIS did threaten: "I am coming to Tupelo unexpected with a group of people and we are going to kill every single person who runs your group" and "I have put together a group to have you pieces of shit obliterated, yes, I literally mean killing all of you," all in violation of Section 875(c) of Title 18 of the United States Code.

A TRUE BILL

_____ FAUSA                       /s/ signature redacted
For: WILLIAM C. LAMAR                       FOREPERSON
UNITED STATES ATTORNEY

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:19-CR-103
    18 USC § 875

CHASE A. DAVIS

## PENALTIES

### COUNT ONE
### 18 USC § 1343

NM 5 years incarceration – 18 U.S.C. § 875(c)
NM $250,000 fine – 18 U.S.C. § 3571
NM 3 years supervised release – 18 U.S.C. § 3583
Mandatory $100 special assessment – 18 U.S.C. § 3013