UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                                          CASE NO.: 2:19-mj-1107-NPM

CHASE A. DAVIS

| **Judge:** | Nicholas P. Mizell | **Counsel for Government** | Jeff Michelland |
|---|---|---|---|
| **Deputy Clerk:** | Jackie Clay | **Counsel for Defendant:** | Lee Hollander |
| **Court Reporter** | Digital | **Pretrial/Probation** | Tad Parks |
| **Date/Time** | August 30, 2019 11:04 AM-11:36 AM | **Interpreter** | N/A |
| **Bench Time** | 32 Minutes | | |

**Initial Appearance - Rule 5C**

Court advised Defendant of his rights.  Attorney Lee Hollander appeared as retained counsel for the Defendant.  Government proceeded by proffer.  The Defendant waives an identity hearing.  The government and defendant have agreed to continue the detention hearing until 9/5/2019 at 10:30 am to obtain information about treatment and 3rd party custodian.   The Defendant will remain in the custody of the U.S. Marshal until further proceedings.