UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 2:19-mj-1107-NPM

CHASE A. DAVIS

| **Judge:** | Nicholas P. Mizell | **Counsel for Government** | Jeffrey Michelland |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Lee Hollander |
| **Court Reporter** | Digital | **Pretrial/Probation** | Tad Parks |
| **Date/Time** | September 5, 2019 10:30 AM | **Interpreter** | |
| **Bench Time** | 25 minutes | | |

**Detention Hearing**

Government and Defendant have no objection to conditions of release including, but not limited to the the (**28 day**) **First Step Residential Program of Sarasota**.

The Government is not accepting the Rule 20 transfer at this time, however, indicated a decision will be made after Defendant successfully completes the residential drug treatment program.

The Court finds there are conditions or a combination of conditions that will reasonably assure the appearance of the Defendant at all future court proceedings, therefore the Court orders the Defendant released on bond with conditions.